# Third District Court of Appeal

## State of Florida

Opinion filed May 7, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0029
Lower Tribunal No. F98-19062 A
_____

**Douglas M. Lloyd,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Douglas M. Lloyd, in proper person.

James Uthmeier, Attorney General, and Linda Katz, Assistant Attorney General, for respondent.

Before SCALES, LINDSEY, and GORDO, JJ.

PER CURIAM.

Petitioner Douglas Lloyd has filed successive and repetitive collateral attacks on his criminal convictions on essentially the same grounds. This Court denied habeas petitions by this petitioner in 2005 and 2017. The Florida Supreme Court denied review of our 2005 ruling. Lloyd v. McDonough, 935 So. 2d 122 (Fla. 2006). This Court affirmed the denial of postconviction motions raising similar claims in 2007, 2015, 2020, and 2022. A federal court also denied a habeas petition by this petitioner after thorough consideration of each claim. See Lloyd v. McNeil, 08-21660-CIV, 2009 WL 2424576, at *5 (S.D. Fla. Aug. 5, 2009).

In the instant Petition for Writ of Habeas Corpus, Lloyd raises issues whose merits have been considered and rejected by this Court and others or are otherwise procedurally barred. We therefore dismiss the Petition. See Baker v. State, 878 So. 2d 1236 (Fla. 2004).

Dismissed.